**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EDWARD COOMBS,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:04-0708** |
| v. | : | **(CALDWELL, D.J.)** |
| | : | **(MANNION, M.J.)** |
| **LT. THOMAS RISKUS, SGT. CARL GROVE, C.O. ARDREY, SUPERINTENDENT JOHN PALAKOVICH and JEFFREY A. BEARD, Secretary of Corrections,** | : | |
| **Defendants** | : | |

## REPORT AND RECOMMENDATION

Presently, before the court are a number of documents served upon the plaintiff at his last known address, the Brooke Glen Behavioral Hospital, Fort Washington, PA (Doc. Nos. 39, 43, and 44).  These include the order of Judge Caldwell dated February 25, 2005 and orders of Judge Mannion dated March 10, 2005 and March 15, 2005 respectively.  According to the Brooke Glen Behaviorial Hospital the plaintiff was discharged on December 10, 2004.

In accordance with the Standing Practice Order issued in this case on April 2, 2004:

> "A pro se plaintiff has the affirmative obligation to keep the court informed of his or her address. Should such address change in the course of this litigation, the plaintiff shall immediately inform the Court of such change, in writing.  If the court is unable to communicate with the plaintiff because the plaintiff has failed to notify the court of his or her address, the plaintiff will be deemed to have

>abandoned the lawsuit."

More than 90 days has expired since the plaintiff resided at an address where the court could reach him.  The plaintiff has failed to inform the court of his change of address leaving the court unable to serve him with orders and other documents required for the orderly progression of this case.  Pursuant to the local rules and the above mentioned practice order, it appears that he has abandoned the lawsuit.

>On the basis of the foregoing,
>
>**IT IS RECOMMENDED THAT:**
>
>the action be DISMISSED for failure to prosecute.

>**s/ Malachy E. Mannion**
>**MALACHY E. MANNION**
>**United States Magistrate Judge**

**Date: March 23, 2005**

O:\shared\REPORTS\2004 Reports\04-0708.2.wpd