```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JAMES EDWARD COOMBS,              :
     Plaintiff
                                        :

                                        :
     vs.                        CIVIL NO. 1:CV-04-0708
                                        :   (Judge Caldwell)
LT. THOMAS RISKUS,                (Magistrate Judge Mannion)
SGT. CARL GROVE, C.O. ARDREY,     :
SUPERINTENDENT JOHN PALAKOVICH
and JEFFREY A. BEARD,             :
Secretary of Corrections,
     Defendants                 :

## O R D E R

AND NOW, this 19th day of April, 2005, upon consideration of the report (doc. 47) of the magistrate judge, filed March 23, 2005, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. Plaintiff's action is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    3. The Clerk of Court shall close this file.

                                            /s/William W. Caldwell
                                            William W. Caldwell
                                            United States District Judge